Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLACKHEART RECORDS GROUP, INC.,

    Plaintiff,

v.

HOT TOPIC, INC. AND BLACKHEART
CLOTHING COMPANY, LLC,

    Defendants.

Civil Action No. 13 Civ. 4054 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 5/12/2014

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Blackheart Records Group, Inc. ("Plaintiff"), by and through its counsel, Baker & Hostetler LLP, and Defendants Hot Topic, Inc. and Blackheart Clothing Company, LLC ("Defendants"), by and through their counsel, Sheppard Mullin Richter & Hampton LLP, hereby stipulate and agree to the following:

1. Plaintiff and Defendants have reached a settlement of this action;

2. All claims asserted in this action by Plaintiff against Defendants, all counterclaims asserted in this action by Defendants against Plaintiff, and any defenses raised by either Plaintiff or Defendants in this action are hereby dismissed with prejudice to the right of these parties asserting them in the future; and

3.  All costs, expenses, and attorneys' fees shall be borne by the party incurring the same.

Dated: __May 9__, 2014

BAKER & HOSTETLER LLP

By: _____
Oren J. Warshavsky
owarshavsky@bakerlaw.com
Carrie A. Longstaff
clongstaff@bakerlaw.com
Jessie A. Kuhn
jkuhn@bakerlaw.com

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201

*Attorneys for Plaintiff
Blackheart Records Group, Inc.*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Paul W. Garrity
pgarrity@sheppardmullin.com
Rena Andoh
randoh@sheppardmullin.com
Tyler E. Baker
tbaker@sheppardmullin.com

30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701

*Attorneys for Defendants
Hot Topic, Inc. and
Blackheart Clothing Company, LLC*

IT IS HEREBY SO ORDERED

Dated: __May 12__, 2014
New York, New York

_____
The Honorable Denise L. Cote
United States District Court Judge